# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| KEVIN MOBLEY, | : | No. 42 MM 2022 |
| Petitioner | : | |
| v. | : | |
| BRIDGETT MILLER, SCHUYLKILL COUNTY PROTHONOTARY, | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 3rd day of August, 2022, the Application for Leave to File Original Process is GRANTED. As Petitioner has not shown that he attempted to resolve the purported mailing issue with the Prothonotary of Schuylkill County in the first instance, the Petition for Writ of Mandamus is DENIED. See *Bd. of Pub. Educ. for the Sch. Dist. of Pittsburgh v. Gooley*, 399 A.2d 148 (Pa.Cmwlth. 1979) (noting that mandamus may be granted only when the petitioner has no other avenue to resolve an issue).